## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Intelligent Payment Processing Inc.<br><br>  Plaintiff,<br><br>   v.<br><br>Uptempo Marketing Corp.<br>f/k/a Tempo Marketing Corp.,<br>Uptempo Servicing Corp.,<br>f/k/a/ Tempo Servicing Corp.,<br>Uptempo, Inc.<br>f/k/a 10588164 Canada Corp.,<br><br>-and-<br><br>HANK PAYMENTS CORP. f/k/a<br>   The Card Callaborative<br>   International Corp. f/k/a<br>   The Card Callaborative<br>   International, LLC,<br><br>           Defendants. | Case No.: 1:21-cv-03035-LJL<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT<br> PREJUDICE** |

   PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses its claims against all of the Defendant's without prejudice and without attorney fees or costs to any party.

Dated this 29h day of August, 2021.

                              Respectfully Submitted,

/s/ *Joshua Bronstein*
Joshua Bronstein, Esq.
The Law Offices of Joshua
Bronstein & Associates, PLLC
114 Soundview Drive
Port Washington, New York  11050
T:  (516) 698-0202
Jbrons5@yahoo.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2021 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ecf filing system.

/s/ Joshua Bronstein
Joshua Bronstein, Esq.