UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
INTELLIGENT PAYMENT PROCESSING INC.,   :
:
               Plaintiff,   :
:        21-cv-3035 (LJL)
  -v-   :
:        ORDER
UPTEMPO MARKETING CORP. et al.,   :
:
               Defendants.   :
:
------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021
```

LEWIS J. LIMAN, United States District Judge:

    Plaintiff filed a notice of voluntary dismissal without prejudice against all Defendants on August 29, 2021. Dkt. No. 7. However, as noted in the November 4, 2021 Order at Dkt. No. 8, the notice was not effected because it was not filed correctly. The Clerk of Court notified the attorney of the deficient notice, but it was not re-filed and the case was not closed. The Court ordered Plaintiff to re-file the notice of voluntary dismissal correctly or to show cause by November 11, 2021 why the Court should not issue an order closing the case. Dkt. No. 8. Plaintiff re-filed the notice of voluntary dismissal on November 10, 2021; however, again the notice was not effected because it was not filed correctly. Dkt. No. 9. The Clerk of Court notified the attorney again of the deficient notice, but to date the notice has not been re-filed correctly and the case has not been closed.

    Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                                          _____
                                                             LEWIS J. LIMAN
                                                            United States District Judge